UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

Marius Musuku MUHUNGA, et. al.

    Plaintiffs,

v.

Ur Mendoza JADDOU

    Defendant.

Civil Action No.: 8:23-cv-1308

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs voluntarily dismiss this action pursuant to Fed. R. Civ. Pro. 41(a)(A)(i) as no responsive pleading has been filed.

Dated: July 25, 2023

Respectfully submitted,

/s/ Benjamin G. Messer
Benjamin G. Messer, Esq.
Bar ID: 20548
Wilkes Legal, LLC
7200 Carroll Avenue
Takoma Park, MD 20912
301-576-0491
benjamin@wilkeslegal.com
*Counsel for Plaintiffs*